## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2022, a true and correct copy of Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss Amended Complaint Filed by Defendants Marine Management Services, Inc. and Crowley Personnel, LLC was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record as provided on the Service List below.

MILLER SHAH LLP

*/s/ Nathan C. Zipperian*
Nathan C. Zipperian
1625 N. Commerce Parkway, Ste. 320
Ft. Lauderdale, FL 33326
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: nczipperian@millershah.com

## Service List

| | |
|---|---|
| Kelly DeGance<br>Samantha Giudici Berdecia<br>Alexander DeGance Barnett, P.A.<br>1500 Riverside Avenue<br>Jacksonville, FL 32204<br>Email: kelly.degance@adblegal.com<br>samantha.giudici@adblegal.com<br><br>***Attorney for Defendants, Marine Management Services, Inc. and Crowley Personnel, LLC*** | Stefanie M. Mederos<br>Alan Persaud<br>Littler Mendelson, PC<br>Suite 2700<br>333 SE 2nd Ave<br>Miami, FL 33131<br>Email: smederos@littler.com<br>apersaud@littler.com<br><br>***Attorney for Defendant, Fugro Enterprise, Inc.*** |