UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERESA MACMARTIN, an individual,

    Plaintiff,

v.

Case No. 3:22-cv-610-BJD-LLL

MARINE MANAGEMENT SERVICES, INC., a corporation, CROWLEY PERSONNEL, LLC, a limited liability company, and FUGRO ENTERPRISE, INC., a corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 55; Stipulation) filed on August 30, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

- 2 -

3.  The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 31st day of August 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record